UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- against -<br><br>MICHAEL MORGAN, a/k/a Jason Anthony Smalls,<br><br>Defendant. | **ORDER**<br><br>21 Cr. 556 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The next conference in this matter will take place on **December 7, 2021 at 10:00 a.m.** by telephone.[1]  Defendant's pre-trial motions, if any, will be due by December 7, 2021.

Dated:  New York, New York
        October 5, 2021

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge

---

[1]  The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642.  The press and public may obtain access to the telephone conference by dialing the same number and using code.  No later than **December 3, 2021**, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute.  The email should include the case name and case number in the subject line.