UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

MICHAEL MORGAN,
  a/k/a Jason Anthony Smalls,

     Defendant.

**ORDER**

21 Cr. 556 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The conference in this matter scheduled for December 7, 2021 at 10:00 a.m. is adjourned to **December 7, 2021 at 3:00 p.m.** by telephone.[1]

Dated: New York, New York
    December 1, 2021

          SO ORDERED.

          _____
          Paul G. Gardephe
          United States District Judge

---

[1] The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642.  The press and public may obtain access to the telephone conference by dialing the same number and using code.  No later than **December 3, 2021**, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute.  The email should include the case name and case number in the subject line.