UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>MICHAEL MORGAN,<br><br>               Defendant. | **ORDER**<br><br>21 Cr. 556 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The telephonic conference scheduled for December 7, 2021 is adjourned to **January 24, 2022 at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Upon the application of the United States of America, by and through Assistant United States Attorney Ashley C. Nicolas, and with the consent of Defendant Michael Morgan, by and through his counsel, it is ordered that the time from December 7, 2021 through January 24, 2022 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The ends of justice served by the granting of this continuance outweigh the interest of the public and the Defendant in a speedy trial, because it will permit the parties to continue and finalize their active discussions regarding a pre-trial resolution.

The Clerk of Court is directed to terminate the pending letter motion at Dkt. No. 13.

Dated: New York, New York
      December 2, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge