UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>MICHAEL MORGAN,<br>      a/k/a "Jason Anthony Smalls,"<br><br>                              Defendant. | **ORDER**<br><br>21 Cr. 556 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

Sentencing in this matter will take place on **May 2, 2022 at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.  Sentencing submissions on behalf of the Defendant are due by **April 11, 2022**.  The Government's sentencing submission is due by **April 18, 2022**.

Dated:  January 14, 2022
            New York, New York

SO ORDERED.

_Paul S. Gardephe_
Paul G. Gardephe
United States District Judge