UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

MICHAEL MORGAN,
    a/k/a "Jason Anthony Smalls,"

Defendant.

**ORDER**

21 Cr. 556 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    In light of the sentencing in this matter scheduled for May 2, 2022 (see Dkt. No. 17), the status conference scheduled for January 24, 2022 (see Dkt. No. 14) is adjourned sine die.

Dated: January 21, 2022
       New York, New York

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge