UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>MICHAEL MORGAN,<br><br>      Defendant. | **ORDER**<br><br>21 Cr. 556 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    WHEREAS, with Defendant Michael Morgan's consent, his guilty plea allocution was made before a United States Magistrate Judge on January 11, 2022;

    WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court (Dkt. No. 27-2);

    WHEREAS, upon review of the transcript, as supplemented by the Defendant's factual allocution on June 2, 2022 in open court, this Court has determined that the Defendant entered the plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

    IT IS HEREBY ORDERED that the Defendant's guilty plea is accepted.

Dated: New York, New York
   June 2, 2022

                     SO ORDERED.

                     _____
                     Paul G. Gardephe
                     United States District Judge